JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DORIS HERNANDEZ, On Behalf of Herself and All Others Similarly Situated,<br><br>  Plaintiff,<br><br>  vs.<br><br>MERCK & CO., INC., a Delaware corporation, MSD CONSUMER CARE INC., a Delaware corporation, MERCK SHARP & DOHME CORP., a New Jersey corporation,<br><br>  Defendants. | Case No.  2:12-cv-08100-PA(JEMx)<br><br>**ORDER DISMISSING COMPLAINT WITHOUT PREJUDICE** |

1  The parties having stipulated, it is hereby ORDERED, ADJUDGED and
2  DECREED, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), that the
3  Complaint in the above-captioned case is hereby dismissed without prejudice as to
4  Defendants Merck & Co., Inc., MSD Consumer Care, Inc. and Merck Sharp &
5  Dohme Corp., with each party to bear its own costs and counsel fees.

8  DATED: November 6, 2012

9  JUDGE PERCY ANDERSON